Query   Reports   Utilities   Help   What's New   Log Out

# U.S. District Court
# Northern District of Texas (Lubbock)
# CRIMINAL DOCKET FOR CASE #: 5:21-cr-00138-H-BQ-1

| | |
|---|---|
| Case title: USA v. Haer | Date Filed: 11/10/2021 |

Assigned to: Judge James Wesley Hendrix
Referred to: Magistrate Judge D. Gordon Bryant, Jr

**Defendant (1)**

**Scott Haer**

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 1361 DESTRUCTION OF GOVERNMENT PROPERTY (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Calandra Woolam-DOJ**<br>US Attorney's Office<br>1205 Texas Avenue<br>Suite 700<br>Lubbock, TX 79401<br>806-472-7351<br>Email: callie.woolam@usdoj.gov<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/10/2021 | 1 | INDICTMENT as to Scott Haer (1) count(s) 1. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (bdg) (Entered: 11/10/2021) |
| 11/07/2022 | 4 | (Document Restricted) APPLICATION FOR WRIT OF HABEAS CORPUS, ORDER, AND WRIT ISSUED as to Scott Haer. Person subject to writ must appear on Instanter at Instanter. Issued Writ of Habeas Corpus Ad Prosequendum. Document access limited to the USA and the applicable defendant. Two (2) certified paper copies placed in USMS' box for pick up; also emailed their designated email address. (Ordered by Magistrate Judge D. Gordon Bryant, Jr on 11/7/2022) (bdg) (Entered: 11/07/2022) |
| 11/07/2022 | 5 | **VACATED- ELECTRONIC ORDER SETTING HEARING as to Scott Haer: Initial Appearance set for 11/9/2022 at 09:30 AM in US Courthouse, Courtroom 214, 1205 Texas Avenue, Lubbock, TX 79401-4091 before Magistrate Judge D. Gordon Bryant Jr. (Ordered by Magistrate Judge D. Gordon Bryant, Jr on 11/7/2022) (bmh) (Entered: 11/07/2022) |
| 11/07/2022 | 6 | **Vacating electronic Order as to Scott Haer 5 . Hearing will be reset by separate order. (Ordered by Magistrate Judge D. Gordon Bryant, Jr on 11/7/2022) (bmh) (Entered: 11/07/2022) |