IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| SCOTT HAER | **5-21CR0138-H** |

INDICTMENT

The Grand Jury Charges:

Count One
Destruction of Government Property
(Violation of 18 U.S.C. § 1361)

On or about June 26, 2021, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Scott Haer**, defendant, willfully and by means of breaking a glass entry door and breaking a parking lot access control arm, did, and attempted to, injure and commit a depredation against property of the United States and any department and agency thereof and property which had been manufactured and constructed for the United States, and any department and agency thereof, specifically, the George H. Mahon Federal Building at 1205 Texas Avenue, Lubbock, Texas, and the resulting damage exceeded the sum of $1,000.

In violation of Title 18, United States Code, Section 1361.

A TRUE BILL

███████████████

FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*/s/ Callie Woolam*

CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7564
Facsimile:   806-472-7394
E-mail:      callie.woolam@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

SCOTT HAER

INDICTMENT

COUNT 1:   DESTRUCTION OF GOVERNMENT PROPERTY
Title 18, United States Code, Section 1361.

(1 COUNT)

A true bill rendered,

Lubbock _____ Foreperson

Filed in open court this 10th day of November, A.D. 2021

_____ Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE