# U.S. District Court
# District of Oregon (Portland (3))
# CRIMINAL DOCKET FOR CASE #: 3:23−mj−00008−1

Case title: USA v. Haer                                    Date Filed: 01/18/2023

Other court case number: 5:21−cr−00138−H−BQ Northern District of Texas (Lubbock)

Assigned to: Unassigned

**Defendant (1)**

**Scott Haer**  represented by  **Peyton Elizabeth Lee**
Federal Public Defender
District of Oregon
101 SW Main Street
Suite 1700
Portland, OR 97204
503−326−2123
Fax: 503−326−5524
Email: peyton_lee@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                         **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                      **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                             **Disposition**

18:1361 Destruction of Government Property

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Gary Y. Sussman** <br> United States Attorney's Office <br> 1000 SW Third Avenue <br> Suite 600 <br> Portland, OR 97204 <br> (503) 727–1030 <br> Fax: (503) 727–1117 <br> Email: gary.sussman@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

Email All Attorneys

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/18/2023 | 1 | | Documents Received From Other Court as to Scott Haer from Northern District of Texas (Lubbock) Case No: 5:21–cr–00138–H–BQ. (Attachments: # 1 Indictment) (dino) (Entered: 01/18/2023) |
| 01/18/2023 | 2 | | Indictment Unredacted Version Filed Under Seal as to Defendant Scott Haer from Northern District of Texas (Lubbock) Case No: 5:21–cr–00138–H–BQ. (dino) (Entered: 01/18/2023) |
| 01/18/2023 | 4 | | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District Offense in Another. Proceedings before Magistrate Judge Youlee Yim You as to Scott Haer. Defendant waived preliminary/identity hearing. Defendant advised of rights and waived reading of the charges. Order Appointing Counsel: Attorney Peyton Elizabeth Lee is appointed to represent Scott Haer in this District. Other Court Information: USA v. Scott Haer 5:21–cr–001380H–BQ. Counsel Present for Plaintiff: Gary Sussman. Counsel Present for Defendant: Peyton Lee. Restraint Order: NR. (USPO Present: Kevin McGlothen) (Tape #FTR 12b) (pjg) (Entered: 01/18/2023) |
| 01/18/2023 | 5 | | Waiver of Rule 5 and 5.1 Hearings by Scott Haer. (dino) (Entered: 01/18/2023) |
| 01/18/2023 | 6 | | Order Requiring Defendant to Appear in the Northern District of Texas Where Charges are Pending and Transferring Bail as to Scott Haer. (dino) Modified on 1/18/2023 to correct docket text. (dino). (Entered: 01/18/2023) |

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Gary Y. Sussman (caseview.ecf@usdoj.gov, gary.sussman@usdoj.gov,
gwen.smith2@usdoj.gov), Peyton Elizabeth Lee (peyton_lee@fd.org, tammy_reynolds@fd.org)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:8083901@ord.uscourts.gov
Subject:Activity in Case 3:23-mj-00008 USA v. Haer Initial Appearance - Out of District
Warrant
Content-Type: text/html
```

# U.S. District Court

## District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 1/18/2023 at 2:12 PM PST and filed on 1/18/2023

**Case Name:** USA v. Haer
**Case Number:** 3:23–mj–00008
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District Offense in Another. Proceedings before Magistrate Judge Youlee Yim You as to Scott Haer. Defendant waived preliminary/identity hearing. Defendant advised of rights and waived reading of the charges. Order Appointing Counsel: Attorney Peyton Elizabeth Lee is appointed to represent Scott Haer in this District. Other Court Information: USA v. Scott Haer 5:21–cr–001380H–BQ. Counsel Present for Plaintiff: Gary Sussman. Counsel Present for Defendant: Peyton Lee. Restraint Order: NR. (USPO Present: Kevin McGlothen) (Tape #FTR 12b) (pjg)

**3:23–mj–00008–1 Notice has been electronically mailed to:**

Gary Y. Sussman    gary.sussman@usdoj.gov, CaseView.ECF@usdoj.gov, gwen.smith2@usdoj.gov

Peyton Elizabeth Lee    peyton_lee@fd.org, tammy_reynolds@fd.org

**3:23–mj–00008–1 Notice will not be electronically mailed to:**

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>SCOTT HAER<br><br>*Defendant* | ) Case No. 3:23-mj-8<br>)<br>) Charging District's Case No. 5:21-cr-00138-H-BQ<br>) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    Northern District of Texas

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing. - N/A indictment

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1/18/23

*Defendant's signature*

*Signature of defendant's attorney*

Peyton Lee
*Printed name of defendant's attorney*

Page 4

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:23-mj-8 |
| SCOTT HAER | ) | |
| | ) | Charging District: Northern District of Texas |
| *Defendant* | ) | Charging District's Case No. 5:21-cr-00138-H-BQ |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | George H. Mahon Federal Building and United States Court<br>1205 Texas Avenue<br>Lubbock, TX 79401 | Courtroom No.: Courtroom 214 |
|---|---|---|
| | | Date and Time: 1/30/2022 2:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 01/18/2023

*Judge's signature*

The Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*